NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1032

**I-FLOW CORPORATION,**

Plaintiff-Appellee,

v.

**WOLF MEDICAL SUPPLY, INC.
and FIRST MEDICAL SOURCE,**

Defendants-Appellants.

Appeal from the United States District Court for the Central District of California in case no. 09-CV-0762, Judge Andrew J. Guilford.

ON MOTION

Before MOORE, <u>Circuit Judge</u>.

## O R D E R

I-Flow Corporation moves to expedite the due date for Wolf Medical Supply, Inc. et al.'s reply brief and the joint appendix and to expedite oral argument. Wolf Medical opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FEB 2 6 2010
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Steven J. Nataupsky, Esq.
    Norbert Stahl, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 6 2010

JAN HORBALY
CLERK